UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 0:11-cv-61954-CMA

JENNIE E. BRANCA,

       Plaintiff,

vs.

THE STATE OF FLORIDA; FLORIDA
HIGHWAY PATROL; COLONEL DAVID
H. BRIERTON, JR., in his capacity as Director
of the Florida Highway Patrol; and TROOPER
ELIZABETH RUPP, individually and in her
capacity as a FHP officer,

       Defendants.
_____/

## **DEFENDANT'S, STATE OF FLORIDA, AN IMPROPERLY NAMED PARTY, MOTION TO DISMISS**

       COMES NOW the Defendant, THE STATE OF FLORIDA, and improper party, by and through the undersigned Counsel, and pursuant to Florida Statute §768.28, and hereby requests that this Court dismiss the Plaintiff's Complaint as to the Defendant, THE STATE OF FLORIDA, and in support thereof, states as follows:

       1.     Plaintiff filed her Complaint on August 5, 2011, in the Circuit Court of the Seventeenth Judicial Circuit in Broward County, Florida.

       2.     On September 1, 2011, the case was removed to the Federal Court by the Co-Defendant, TROOPER ELIZABETH RUPP, with the consent of all Defendants.

       3.     Plaintiff's claims against the Defendants, FLORIDA HIGHWAY PATROL and the STATE OF FLORIDA, include tort claims for False Arrest and Negligent Retention.

4. However, Defendant, THE STATE OF FLORIDA, is an improper party, and should be dismissed.

5. Plaintiff's tort claims against the State of Florida and its agencies must comply with the Florida Tort Claims Act, Florida Statute § 768.28(7), which governs tort actions against Florida state government.

6. Florida Statute § 768.28(7), provides that "[i]n actions brought pursuant to this section, process shall be served upon the head of the agency concerned and also…upon the Department of Financial Services. . . "

7. As this provision indicates, when a party brings a tort action, the appropriate party is the "agency concerned," not the State of Florida. Plaintiff has raised no allegations in her Complaint which would make the "State of Florida" independently liable in this case. Accordingly, Plaintiff's complaint must be dismissed because she inappropriately includes the State of Florida as a Defendant in an action for damages under the Florida Tort Claims Act.

WHEREFORE, the Defendant, THE STATE OF FLORIDA, respectfully requests that this Honorable Court enter an Order dismissing Plaintiff's Complaint as it relates to the improperly named Defendant, THE STATE OF FLORIDA, and for any and all other relief as this Court deems just and proper.

Respectfully submitted,

PAMELA JO BONDI
ATTORNEY GENERAL

s/ Daniel A. Jones
Daniel A. Jones (Fla. Bar Number 059094)
E-mail address: daniel.jones@myfloridalegal.com

OFFICE OF THE ATTORNEY GENERAL
1515 North Flagler Drive, Suite 900
West Palm Beach, FL   33401
Telephone:   561-837-5000
Facsimile:    561-837-5102
Attorney for the Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of September, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Daniel A. Jones
Daniel A. Jones (Fla. Bar Number 059094)
E-mail address: daniel.jones@myfloridalegal.com

**SERVICE LIST**
CASE NO.: 0:11-cv-61954-CMA

Vanessa Lynn Prieto, Esq.
1132 S.E. 3rd Avenue
Ft. Lauderdale, FL   33316


Christopher J. Whitelock, Esq.
Whitelock & Associates, P.A.
The Whitelock Law Building
300 Southeast Thirteenth Street, Suite D
Fort Lauderdale, Florida, 33316